HOLD-MEREDITH COMPANY, A BODY CORPORATE, PROSE-
CUTOR, v. REGINALD PARNELL, TAX RECEIVER AND
DIRECTOR OF THE DEPARTMENT OF REVENUE AND
FINANCE OF THE CITY OF NEWARK, DEFENDANT.

Decided February 15, 1935.

Before Justices TRENCHARD, HEHER and PERSKIE.

For the prosecutor, *Harry Kaplan.*

For the defendant, *Frank A. Boettner.*

PER CURIAM.

We have reached the conclusion that the prosecutor is not, in the circumstances here presented, entitled to a *certiorari,* and the application will therefore be denied.